[Nos. 4390–8–III; 4491–2–III. Division Three. September 10, 1981.]

THE STATE OF WASHINGTON, *on the Relation of Russell Clement Hansen, Appellant,* v. DIANE OBERQUELL, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Walla Walla County, No. 74794, James B. Mitchell, J., entered January 12 and March 16, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, J., McInturff, C.J., dissenting.

[Nos. 4328–II; 4329–II. Division Two. September 11, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW CHARLES ZIEBELL, *Appellant.*

Appeals from judgments of the Superior Court for Clark County, Nos. 79–1–00255–1, 79–1–00170–8, Robert D. McMullen, J., entered August 30, 1979. *Reversed* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrie, JJ.

[No. 9716–4–I. Division One. September 14, 1981.]

PEGGY ZEHRING, ET AL, *Appellants,* v. THE CITY OF BELLEVUE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 851659, James A. Noe, J., entered March 26, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Durham, J.